UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Montgomery Carl Akers

   v.                                   Civil No. 08-cv-334-JL

James Keszei, et al.

**O R D E R**

Before the Court is Montgomery Akers' complaint (document no. 1) alleging that his federal Constitutional and statutory rights have been violated by the defendants. The matter is before me for preliminary review to determine, among other things, whether it states any claim upon which relief might be granted. See United States District Court District of New Hampshire Local Rule 4.3(d)(2); 28 U.S.C. § 1915A(a).

Plaintiff resides in a federal penitentiary in Florence, Colorado. Each of the defendants resides either in Missouri, Nebraska, California, or Kansas. At this time, the Court can ascertain no reason why the District of New Hampshire is the appropriate venue for this action.

Accordingly, plaintiff is required to show cause, within fifteen (15) days from the date of this Order, why venue is

appropriate in this Court.  If plaintiff fails to make such a showing, I will recommend that this matter be dismissed without prejudice.

    **SO ORDERED.**

                                    _____
                                    James R. Muirhead
                                    United States Magistrate Judge

Date:    February 3, 2009

cc:     Montgomery Carl Akers, pro se