UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Montgomery Carl Akers

             v.                         Civil No. 08-cv-334-JL

James Keszei et al

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated March 9, 2009, no objection having been filed, despite extension granted by Magistrate Judge Arenas.

SO ORDERED.

April 15, 2009

_____
Joseph N. Laplante
United States District Judge

cc:    Montgomery Carl Akers , Pro se